

IN THE
TENTH COURT OF APPEALS

No. 10-08-00368-CR

RANDLE WAYNE PORTIS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2008-749-C-2

MEMORANDUM  OPINION

Randle Wayne Portis has filed two pro se notices of interlocutory appeal from the cause below complaining (1) of his trial counsel's ineffective assistance of counsel and (2) that the trial court abused its discretion in denying defendant's motion to suppress.

In a letter dated January 27, 2009, we notified Portis that this cause was subject to dismissal for want of jurisdiction because it appeared that this Court does not have jurisdiction of his "interlocutory appeal." *See Everett v. State*, 91 S.W.3d 386, 386 (Tex.

App.—Waco 2002, no pet.) (stating that this court has jurisdiction over criminal appeals only when expressly granted by law). We warned Portis that we might dismiss this appeal unless, within 21 days after the date of the letter, he showed grounds for continuing the appeal. We then granted Portis a 14-day extension to respond.

Portis has not filed a response showing grounds for continuing this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.


                                         REX D. DAVIS
                                         Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed March 25, 2009
Do not publish
[CR25]